**Entered on Docket
May 29, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The Relief Sought in the following
order is DENIED. Signed May 29, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

*** See below for reason

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

LEONIFE CUARESMA RUBIO,

    Debtor

)  Case No.: 13-43072
)  Chapter 13
)
)  **ORDER SHORTENING TIME**
)
)
)
)
)

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice:

   a. Ex Parte Motion to Impose Automatic Stay Pursuant to 11 U.S.C. 362(c)(4), filed on May 28, 2013.

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

   a. Granted. It is further ordered as follows:

3. A hearing on the Motion will be held on the following date and time and in the specified location:

   a. US Bankruptcy Court for the Northern District of California, located at 1300 Clay Street, Oakland, CA 94612:

      i. Courtroom: 201

      ii. Date: _____

1

        iii. Time: _____

4. Specify deadline for giving of telephonic notice:

    a. Date: _____        Time: 5:00PM

5. Specify names of parties to be given telephonic notice: Central Mortgage Company

6. The moving papers, declarations and other supporting documentation shall be served on the following parties no later than the following date and time by the following method of delivery:

    a. Email

7. Specify deadline for service:

    a. Date: _____        Time: 5:00PM

8. Specify names of parties to be served: Central Mortgage Company

9. Any opposition to the Motion may be presented at the hearing.

10. A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.

DATED:

**\*\*\*END OF ORDER\*\*\***

\*\*\* The Motion does not comply with BLR 4001-2(d)(1) and 9006-1(c)

## **COURT SERVICE LIST**

Central Mortgage Company
c/o Pite Duncan LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

Central Mortgage Company
1501 Main Street
Little Rock, AR 72202